25 F. Supp.2d 365

E.I. DU PONT DE NEMOURS & CO., PLAINTIFF *v.* UNITED STATES OF AMERICA DEFENDANT, AND AIR PRODUCTS AND CHEMICALS, INC., DEFENDANT-INTERVENOR

Court No. 97–01–00055

(Dated September 29, 1998)

### JUDGMENT

POGUE, *Judge:* The Court having received and reviewed the United States Department of Commerce's, Results of Redetermination pursuant to Court Remand, *E.I. DuPont de Nemours & Co. v. United States,*

*Slip Op. 98–46, Court No. 97–01–00055, (April 15, 1998)*("Remand Results"), and Commerce having complied with the Court's Remand, it is hereby

ORDERED that the Remand Results are affirmed in their entirety; and it is further

ORDERED that, as all other issues have been decided, this case is dismissed.